■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ISHMAEL CALLISTRO, Appellant. [687 NYS2d 389] —Appeal by the defendant from a judgment of the Supreme Court, Richmond County (J. Goldberg, J.), rendered October 3, 1996, convicting him of attempted assault in the first degree and criminal possession of a weapon in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The trial court's *Sandoval* ruling did not constitute an improvident exercise of discretion (*see, People v Mattiace,* 77 NY2d 269, 275-276; *People v Pavao,* 59 NY2d 282, 292). The mere fact that a defendant had committed crimes similar to the one charged did not automatically warrant precluding the prosecutor from using evidence of such crimes for impeachment purposes (*see, People v Mattiace, supra; People v Pavao, supra; People v McClam,* 225 AD2d 799).

The defendant's remaining contentions are either without

merit or do not warrant reversal. S. Miller, J. P., Florio, Mc-Ginity and Luciano, JJ., concur.